[Civ. No. 1515. First Appellate District.—July 2, 1915.]

## PHILOMENA CARIGNANI, Appellant, v. G. TORTOLANI, Respondent.

APPEALS — ORDERS REFUSING TO SET ASIDE DEFAULT — INSUFFICIENT RECORD.—Where the only transcript on appeal from certain orders refusing to set aside a judgment of default is one certified by the county clerk, and not by the judge, as required by section 953a of the Code of Civil Procedure, the record on appeal is insufficient.

APPEAL from orders of the Superior Court of Alameda County refusing to set aside a judgment of default. William H. Waste, Judge.

The facts are stated in the opinion of the court.

A. A. Montague, for Appellant.

Dunn, White, & Aiken, for Respondent.

THE COURT.—In this action the appellant appeals from certain orders of the trial court refusing to set aside a judgment of default. The only transcript on appeal from these orders is one certified by the county clerk, but it nowhere appears to have been certified to by the judge of the court as required by section 953a of the Code of Civil Procedure. This being so, there is no proper record on appeal before this court upon which these orders may be reviewed.

The orders are affirmed.